461 A.2d 873

Commonwealth v. Morgret, Appellant.

Submitted April 26, 1983.  Anthony D. Miele, for appellant;  Frederick D. Lingle, District Attorney, did not file a brief on behalf of Commonwealth, appellee.

* SHERTZ, J., did not participate in the consideration or decision of this case.

Before ROWLEY, WIEAND and POPOVICH, JJ.

Judgment of sentence affirmed.